RICHARD HALEY, RESPONDENT, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COM-
PANY, APPELLANT.

*Contributory negligence — what constitutes.*

APPEAL from a judgment in favor of the plaintiff, entered upon
the verdict of a jury, and from an order denying a motion for a new
trial made upon the judge's minutes.

The plaintiff, a track-repairer of the defendant, received the injury,
to recover damages for which this action is brought, at the Dutchess
Junction upon the defendant's road.    A freight train was due from
the north at the point in question, and, on arriving near the junc-
tion, was divided by detaching several box cars from the train, by
pulling out the pin which connected the train at the rear of the
platform cars with the box cars, which were to be left at the junc-
tion.    The forward portion of the train, attached to the locomotive,
passed on, and the detached box cars passed on down the track,
propelled by their own momentum only, whereby a considerable
space was left between the dissevered sections of the train.    The
plaintiff had been employed repairing the track, and stepped off on
the arrival of the train ; but, after the passage of the section of the
train which was attached to the locomotive, without noticing that
the train had been separated, stepped back on to the track to
resume his work, when he was struck by the detached rear end of
the train, and so injured that amputation of one of his legs was
necessarily performed.    When struck he was stooping down, with
his back to the north, from which direction the train came.    The
plaintiff had frequently seen trains separated in this manner at that
place, and in this case he resumed his work upon the track as soon as
the forward part of the train passed him, without looking up the
track northwardly at all.    The other workmen who were engaged
upon the track at the same time with the plaintiff, saw that the train
was separated, and that the box cars were following on the same track,
and remained off the track until the detached rear end of the train
had passed.    They testified that there was no difficulty in seeing
the detached box cars coming, and that the plaintiff must have seen
them if he had looked.

The General Term *held*, that the plaintiff was guilty of contributory negligence, and that he was not entitled to recover. (*Haskins v. N. Y. Cen. and Hud. R. R. R. Co.*, 65 Barb., 129; 56 N. Y., 608.)

*Frank Loomis*, for the appellant. *Anthony & Losey*, for the respondent.

Opinion by TALCOTT, J.

Present — TALCOTT and PRATT, JJ. BARNARD, P. J., not sitting.

Judgment and order denying new trial reversed and new trial granted, costs to abide the event.